UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No**. 2:14-CV-00675-JAM-KJN |
| Plaintiff, | **JUDGMENT** |
| v. | (on Motion for Summary Judgment) |
| **Bedquarters, Inc.**, a California Corporation, | |
| Defendant. | |

Following the Court's ruling on September 16, 2015, the Court grants JUDGMENT in favor of plaintiff Scott Johnson and against defendant Bedquarters, Inc., a California Corporation in the amount of $4,000.


Date: 11/9/2015          /s/ John A. Mendez_____
                                  UNITED STATES DISTRICT JUDGE

Rule 58 Judgment Document                    Case No. 2:14-CV-00675-JAM-KJN