UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Bedquarters, Inc., a California Corporation, et al,<br><br>　　　　Defendants. | Case: 2:14-CV-00675-JAM-KJN<br><br>**[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM** |

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Bedquarters, Inc., scheduled for May 19, 2016 is vacated.

Dated: May 11, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam